CORNELIUS W. DIGGS *v.* CHARLES J. INGERSOLL.

ACCOUNTING. *Reference. Misconduct of master. Electric methods.*

Where a master, appointed to state an account involving business
transactions, covering a period of more than six years, makes his
report less than one day, and apparently within two hours after
the reference, his proceeding is too hasty to be productive of
wholesome results, and his report should not be accepted by the
court in the absence of evidence that due care and deliberation
were given the subject.

FROM the chancery court of Issaquena county.

HON. A. McC. KIMBROUGH, Chancellor.

Ingersoll, appellee, was complainant, and Diggs, appellant,
was defendant, in the court below. From a decree in com-
plainant's favor defendant appealed to the supreme court. The
opinion states all the facts necessary to its understanding.

*Green & Green,* for appellant.

*Henry & Scudder,* for appellee.

[The briefs of counsel were not with record when it reached
the reporter's hands.]

WHITFIELD, C. J., delivered the opinion of the court.

This case must be reversed in order that a proper accounting
may be had. The reference to the master, the investigation—
if it could be called an investigation—made by the master, his
report, and the confirmation of his report, all occurred on the
same day, and apparently within the space of a couple of hours,
and yet the dealings covered a period of more than six years.
The appellant avers that the rate of interest charged him was
usurious, that the prices charged him for goods were extortion-
ate, that he had been denied credits which he should have re-
ceived, that he has not been fully credited with all payments

made, and that the payments made were not credited to the proper debts. Without expressing any opinion on these various matters, it is perfectly clear that no investigation worthy of the name could have been made in the time given it in the court below. A full and complete investigation of all these matters should be made. Electric methods are not usually productive of wholesome results in judicial proceedings.

*Reversed and remanded.*